Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
07/30/2024
CT Log Number 546991201

## Service of Process Transmittal Summary

**TO:** Gabriela Lopez, Paralegal
Uber Technologies, Inc.
950 23RD ST
SAN FRANCISCO, CA 94107-3401

**RE:** **Process Served in District of Columbia**

**FOR:** UBER TECHNOLOGIES, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SHONTA JONES // To: UBER TECHNOLOGIES, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Initial Order, Attachment(s), Complaint, Jury Demand, Notice(s) |
| **COURT/AGENCY:** | Superior Court of the District of Columbia, DC<br>Case # 2024CAB002924 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 05/14/2021 |
| **PROCESS SERVED ON:** | C T Corporation System, Washington, DC |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/30/2024 at 14:59 |
| **JURISDICTION SERVED:** | District of Columbia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service of this summons upon you, exclusive of the day of service<br>(Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Richard S. Lundin<br>Nickelsporn & Lundin, P.C.<br>10 Post Office Road, Suite 300<br>Silver Spring, MD 20910<br>301-942-9118 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/31/2024, Expected Purge Date: 08/05/2024<br><br>Image SOP<br><br>Email Notification, Claims Lit intake@uber.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Jul 30, 2024
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | UBER TECHNOLOGIES, INC. |
| Case Number | 2024CAB002924 |
| Jurisdiction | DC |

| Inserts | | |
|---|---|---|
| | | |

Superior Court
of the District of Colunl

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

SHONTA JONES
Plaintiff

vs.

Case Number 2024-CAB-002924

UBER TECHNOLOGIES, INC.
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard S. Lundin
Name of Plaintiff's Attorney

Nickelsporn & Lundin, P.C.
Address
10 Post Office Road, #300, Silver Spring, MD 20910

(301) 942-9118
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date July 19, 2024

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**Civil - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**(202) 879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-002924

**Case Style:** Shonta Jones v. Michael Pettit et al.

## INITIAL ORDER

| **Initial Hearing Date:** | **Initial Hearing Time:** | **Courtroom Location:** |
|---|---|---|
| Friday, 08/09/2024 | 9:30 AM | Remote Courtroom 100 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Maurice Ross. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.
2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.
3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).
4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.
5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.
6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb100

   Meeting ID: 129 846 4145

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
**(Click here for more information)**

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

# District of Columbia Courts

## Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**

**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002



**Remote Site - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Remote Site - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Remote Site - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
**** No walk-ins at this location****

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

***You should bring the following items when you come to your scheduled site location***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

***Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov

# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**

**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002



**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
**No se puede entrar sin cita previa**

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

***Cuando concurra al sitio programado debe llevar los siguientes artículos***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

***Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

eFiled
5/9/2024 10:25:45 PM
Superior Court
of the District of Columbia

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

SHONTA JONES
607 Keefer Place, N.W.
Washington, D.C. 20010

Plaintiff,

v.

MICHAEL PETTIT
909 Vernon Street
Sterling, Virginia 20164

UBER TECHNOLOGIES, INC.
1515 3rd Street
San Francisco, CA 94158

RASIER-DC, LLC
1725 3rd Street
San Francisco, CA 94158

RASIER, LLC
1725 3rd Street
San Francisco, CA 94158

Defendants.

Case No. 2024-CAB-002924

**COMPLAINT**

SHONTA JONES, Plaintiff, by her attorneys, Richard S. Lundin and Nickelsporn & Lundin, P.C., sues MICHAEL PETTIT, UBER TECHNOLOGIES, INC., RASIER-DC, LLC and RASIER, LLC, Defendants, and states as follows:

**PARTIES**

1. Plaintiff SHONTA JONES (hereinafter "Plaintiff" or "JONES") resides in the

District of Columbia.

2. Defendant MICHAEL PETTIT (hereinafter "PETTIT") resides in Sterling, Virginia.

3. Defendant UBER TECHNOLGIES, INC. (hereinafter "UBER TECHNOLOGIES") is and at all times relevant hereto was a Delaware for-profit corporation doing business in the District of Columbia. Defendant PETTIT is and all times relevant hereto was acting in the course and scope of his employment, representation and/or agency with UBER TECHNOLOGIES as its employee, agent and/or representative, such that UBER TECHNOLOGIES is liable for the acts and omissions of PETTIT under principles of agency law and *respondeat superior*. UBER TECHNOLOGIES is also liable for its negligence in hiring, employing, supervising and/or training PETTIT.

4. Defendant RASIER-DC, LLC (hereinafter "RASIER-DC") is and at all times relevant hereto was a Delaware limited liability company doing business in the District of Columbia. Defendant PETTIT is and all times relevant hereto was acting in the course and scope of his employment, representation and/or agency with RASIER-DC as its employee, agent and/or representative, such that RASIER-DC is liable for the acts and omissions of PETTIT under principles of agency law and *respondeat superior*. RASIER-DC is also liable for its negligence in hiring, employing, supervising and/or training PETTIT.

5. Defendant RASIER, LLC (hereinafter "RASIER") is and at all times relevant hereto was a Delaware limited liability company doing business in the District of Columbia. Defendant PETTIT is and all times relevant hereto was acting in the course and scope of his

employment, representation and/or agency with RASIER as its employee, agent and/or representative, such that RASIER is liable for the acts and omissions of PETTIT under principles of agency law and *respondeat superior*. RASIER is also liable for its negligence in hiring, employing, supervising and/or training PETTIT.

6. At all relevant times, each Defendant has committed the acts, caused others to commit the acts, or permitted others to commit the acts alleged herein. Whenever reference is made in this Complaint to any act of Defendant or Defendants, such allegations shall mean that each Defendant acted individually and on behalf of the other Defendants. Defendants UBER TECHNOLOGIES, RASIER-DC and RASIER shall be referred to collectively as "UBER" and "Defendants" shall be understood to mean any one of the Defendants and/or any combination of more than one Defendant named herein.

**JURISDICTION**

7. The Court has jurisdiction of this cause of action pursuant to D.C. Code § 11-921.

**GENERAL ALLEGATIONS**

8. On May 14, 2021, at or about 2:45 p.m., JONES was lawfully crossing Georgia Avenue in a marked crosswalk at its intersection with Morton Street in Northwest Washington, D.C.

9. JONES was walking in an easterly direction to cross Georgia Avenue.

10. At the same time and place, PETTIT was operating his 2013 Ford Escape (hereinafter the "vehicle") in a westerly direction on Morton Street.

11. At all times relevant hereto, PETTIT was operating the vehicle utilizing UBER's

ride sharing network and application (hereinafter "Platform") and was active on UBER's Platform and was transporting a passenger in connection with UBER's Platform.

12. UBER procured insurance to provide coverage for PETTIT that in fact was applicable to the use and operation of the vehicle by PETTIT at the time of the subject motor vehicle collision.

13. PETTIT made a left turn from Morton Street to travel southbound on Georgia Avenue. As PETTIT did this, he suddenly and without warning struck JONES and/or her suitcase that she was pulling with his vehicle, as she crossed Georgia Avenue in the crosswalk.

14. PETTIT failed to pay full time and attention to the operation of his motor vehicle, failed to stop and remain stopped to allow JONES (a pedestrian) to cross the roadway within the marked crosswalk, failed to yield the right-of-way to JONES in the marked crosswalk, and otherwise failed to control his vehicle so as to avoid striking JONES. The violent collision caused property damage to JONES's suitcase and physical injury to JONES.

15. JONES did absolutely nothing wrong, did not contribute to the happening of the collision, and there was no evasive action she could have taken to avoid the collision.

16. As a direct and proximate result of the collision caused by Defendant PETTIT, Plaintiff JONES suffered significant bodily injuries, some of which are ongoing and may be permanent in nature, and she has undergone and/or will require substantial medical attention and treatment.

**<u>COUNT I</u>**
**Negligence of Michael Pettit**

17. JONES incorporates by reference each allegation set forth.

18. PETTIT had a duty to operate his vehicle carefully on the roadway to protect JONES against unreasonable risk of harm.

19. PETTIT breached his duty by failing to exercise reasonable care to operate his vehicle in a safe, cautious and proper manner.

20. PETTIT operated his vehicle in a negligent and careless manner in that he failed to pay full time and attention to the operation of his motor vehicle, failed to stop and remain stopped to allow JONES (a pedestrian) to cross the roadway within the marked crosswalk failed to yield the right-of-way to JONES in the marked crosswalk, and otherwise failed to control his vehicle so as to avoid striking JONES.

21. The negligence of PETTIT directly and proximately caused JONES to suffer multiple personal injuries, including without limitation significant injuries to her right ankle, right leg, right knee and right foot. The negligence of PETTIT caused JONES to suffer physical pain, mental anguish and loss of enjoyment of life, and it directly and proximately caused JONES to incur expenses for medical treatment and suffer other economic, property and general damages. The negligence of PETTIT caused all these injuries and damages without any negligence by JONES contributing thereto.

**COUNT II**
**Negligence of *Per Se* of Michael Pettit**

22. JONES incorporates by reference each allegation set forth above.

23. PETTIT violated D.C. Code §50–2201.28 by failing to stop and remain stopped to allow JONES (a pedestrian) to cross the roadway within the marked crosswalk when JONES was upon the lane, or within one lane approaching the lane, on which PETTIT was traveling or onto

which he was turning his vehicle.

24. JONES is within the class of persons that D.C. Code §50–2201.28 was intended to protect, and this collision is the type of risk of injury that D.C. Code §50–2201.28 was intended to prevent.

25. The negligence of PETTIT directly and proximately caused JONES to suffer multiple personal injuries, including without limitation significant injuries to her right ankle, right leg, right knee and right foot. The negligence of PETTIT caused JONES to suffer physical pain, mental anguish and loss of enjoyment of life, and it directly and proximately caused JONES to incur expenses for medical treatment and suffer other economic, property and general damages. The negligence of PETTIT caused all these injuries and damages without any negligence by JONES contributing thereto.

**COUNT III**
***Respondeat Superior***
**Uber Technologies, Inc., Rasier-DC, LLC and/or Rasier, LLC**

26. JONES incorporates by reference each allegation set forth above.

27. At the time of the motor vehicle collision that is the subject of this Complaint, PETTIT was the agent, servant, representative and/or employee of UBER, and PETTIT was acting at all times relevant hereto within the course and scope of his agency, representation or employment on behalf of UBER and/or for its commercial interest and benefit, more specifically described herein supra *supra*.

28. PETTIT operated the vehicle with the permission of UBER and at the time of the subject motor vehicle collision he was transporting a paying passenger in connection with

UBER's Platform.

29. The negligence of PETTIT directly and proximately caused JONES to suffer multiple personal injuries, including without limitation significant injuries to her right ankle, right leg, right knee and right foot. The negligence of PETTIT caused JONES to suffer physical pain, mental anguish and loss of enjoyment of life, and it directly and proximately caused JONES to incur expenses for medical treatment and suffer other economic, property and general damages. The negligence of PETTIT caused all these injuries and damages without any negligence by JONES contributing thereto.

**RELIEF REQUESTED**

**WHEREFORE,** Plaintiff SHONTA JONES prays for judgment against each Defendant jointly and severally, as to each and every cause of action, in the amount of Five Hundred Thousand Dollars ($500,000.00) in compensatory damages, plus interests and costs, and such other relief as the Court may deem just and proper.

Respectfully submitted this 9th day of May, 2024.

**NICKELSPORN & LUNDIN, P.C.**

By: */s/Richard S. Lundin*
Richard S. Lundin (Bar #451736)
10 Post Office Road, Suite 300
Silver Spring, Maryland 20910
Phone: (301) 942-9118
Fax: (301) 942-9144
Email: rick@thelawyersnetwork.com
*Counsel for Plaintiff Shonta Jones*

///

///

**JURY DEMAND**

Plaintiff SHONTA JONES, by counsel, respectfully demands a trial by jury on all issues raised in the Complaint.

*/s/Richard S. Lundin*
Richard S. Lundin

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Uber Technologies, Inc.
1515 3rd ST
San Francisco CA 94158

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:** Shonta Jones v. Michael Pettit et al.

**To:** Uber Technologies, Inc. **Case Number:** 2024-CAB-002924

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **08/09/2024** at **9:30 AM** in **Remote Courtroom 100**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb100
   Meeting ID: 129 846 4145
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Rasier, LLC
1725 3rd ST
San Francisco CA 94158

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:** Shonta Jones v. Michael Pettit et al.

**To:** Rasier, LLC **Case Number:** 2024-CAB-002924

## NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **08/09/2024** at **9:30 AM** in **Remote Courtroom 100**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb100
   Meeting ID: 129 846 4145
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፥**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Rasier-DC, LLC
1725 3rd ST
San Francisco CA 94158

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:** Shonta Jones v. Michael Pettit et al.

**To:** Rasier-DC, LLC **Case Number:** 2024-CAB-002924

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **08/09/2024** at **9:30 AM** in **Remote Courtroom 100**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb100
   Meeting ID: 129 846 4145
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Michael Pettit
909 Vernon ST
Sterling VA 20164

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:** Shonta Jones v. Michael Pettit et al.

**To:** Michael Pettit **Case Number:** 2024-CAB-002924

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **08/09/2024** at **9:30 AM** in **Remote Courtroom 100**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb100
   Meeting ID: 129 846 4145
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Richard S Lundin
10 Post Office Road
Suite 300
SILVER SPRING MD 20910

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:** Shonta Jones v. Michael Pettit et al.

**To:** Richard S Lundin **Case Number:** 2024-CAB-002924

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **08/09/2024** at **9:30 AM** in **Remote Courtroom 100**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb100
   Meeting ID: 129 846 4145
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

eFiled
7/18/2024 4:55:41 PM
Superior Court
of the District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

SHONTA JONES
Plaintiff

vs.

Case Number 2024-CAB-002924

RASIER, LLC
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard S. Lundin
Name of Plaintiff's Attorney

Nickelsporn & Lundin, P.C.
Address
10 Post Office Road, #300, Silver Spring, MD 20910

(301) 942-9118
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date July 19, 2024

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

eFiled
7/18/2024 4:55:41 PM
Superior Court
of the District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

SHONTA JONES
Plaintiff

vs.

Case Number 2024-CAB-002924

RASIER-DC, LLC
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard S. Lundin
Name of Plaintiff's Attorney

Nickelsporn & Lundin, P.C.
Address
10 Post Office Road, #300, Silver Spring, MD 20910

(301) 942-9118
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date **July 19, 2024**

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

eFiled
7/30/2024 3:03:59 PM
Superior Court
of the District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

SHONTA JONES,

Plaintiff,

v.

MICHAEL PETTIT, UBER TECHNOLOGIES, INC., RASIER-DC, LLC AND RASIER, LLC,

Defendants.

Civil Action No. 2024-CAB-002924
The Honorable Maurice A. Ross
Next Court Date: August 9, 2024
Event: Initial Scheduling Conference

**ANSWER**

Defendant Michael Pettit, by counsel, states as follows for his Answer to Plaintiff's Complaint:

**PARTIES**

1. Upon information and belief, Pettit admits the allegations in paragraph 1 of the Complaint.

2. Pettit admits the allegations in paragraph 2 of the Complaint.

3. Paragraph 3 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, Pettit states that at the time of the accident he was transporting a passenger whose ride request he accepted using the Uber App. Pettit lacks sufficient information and knowledge regarding the remaining allegations in paragraph 3 and calls for strict proof thereof.

4. Paragraph 4 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, Pettit states that at the time of the accident he was transporting a passenger whose ride request he accepted using the Uber App. Pettit lacks

sufficient information and knowledge regarding the remaining allegations in paragraph 4 and calls for strict proof thereof.

5. Paragraph 5 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, Pettit states that at the time of the accident he was transporting a passenger whose ride request he accepted using the Uber App. Pettit lacks sufficient information and knowledge regarding the remaining allegations in paragraph 5 and calls for strict proof thereof.

6. In response to paragraph 6 of the Complaint, Pettit incorporates his responses to all paragraphs of the Complaint as if set forth fully herein.

**JURISDICTION**

7. Paragraph 7 of the Complaint states a legal conclusion to which no response is required.

**GENERAL ALLEGATIONS**

8. In response to paragraph 8 of the Complaint, Pettit admits that on May 14, 2021, at or about 2:45 p.m., Plaintiff was crossing Georgia Avenue at its intersection with Morton Street in Northwest Washington, D.C. The remaining allegations are denied.

9. Pettit admits the allegations in paragraph 9 of the Complaint.

10. Pettit admits the allegations in paragraph 10 of the Complaint.

11. In response to paragraph 11 of the Complaint. Pettit states that at the time of the accident he was transporting a passenger whose ride request he accepted using the Uber App. The remaining allegations in paragraph 11 are denied as stated.

12. In response to paragraph 12 of the Complaint, Pettit states that there is an insurance policy that includes coverage for independent drivers using the Uber App. Any remaining allegations in paragraph 12 are denied as stated.

13. In response to paragraph 13 of the Complaint, Pettit admits he made a left turn from Morton Street onto southbound Georgia Avenue, and in the process of making this turn, his vehicle contacted Plaintiff's suitcase as she crossed Georgia Avenue. The remaining allegations in paragraph 13 are denied.

14. Pettit denies the allegations in paragraph 14 of the Complaint as stated.

15. Pettit denies the allegations in paragraph 15 of the Complaint.

16. Pettit denies the allegations in paragraph 16 of the Complaint.

**COUNT I**
**Negligence of Michael Pettit**

17. Pettit incorporates his response to paragraphs 1 through 16 of the Complaint as if set forth fully herein.

18. Paragraph 18 states a legal conclusion to which no response is required. To the extent a response is required, any allegations in paragraph 18 are denied.

19. Pettit denies the allegations in paragraph 19 of the Complaint.

20. Pettit denies the allegations in paragraph 20 of the Complaint.

21. Pettit denies the allegations in paragraph 21 of the Complaint.

**COUNT II**
**Negligence of *Per Se* of Michael Pettit**

22. Pettit incorporates his response to paragraphs 1 through 21 of the Complaint as if set forth fully herein.

23. Paragraph 23 states a legal conclusion to which no response is required. To the extent a response is required, any allegations in paragraph 23 are denied.

24. Paragraph 24 states a legal conclusion to which no response is required. To the extent a response is required, any allegations in paragraph 24 are denied.

25. Pettit denies the allegations in paragraph 25 of the Complaint.

**COUNT III**
***Respondeat Superior***
**Uber Technologies, Inc., Rasier-DC, LLC and/or Rasier, LLC**

26. Pettit incorporates his response to paragraphs 1 through 25 of the Complaint as if set forth fully herein.

27. Paragraph 5 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, Pettit states that at the time of the accident he was transporting a passenger whose ride request he accepted using the Uber App. All remaining allegations in paragraph 27 of the Complaint are denied.

28. In response to paragraph 28 of the Complaint, Pettit admits that at the time of the accident he was transporting a paying passenger whose ride request he accepted using the Uber App. The remaining allegations in paragraph 28 are denied.

29. Pettit denies the allegations in paragraph 29 of the Complaint.

**FIRST DEFENSE**

Pettit denies all allegations in the Complaint not specifically admitted herein and demands strict proof thereof.

**SECOND DEFENSE**

Pettit's actions were not a proximate cause of Plaintiff's alleged injuries and damages.

**THIRD DEFENSE**

Plaintiff's alleged injuries and damages were the result of another person or other people over whom Pettit had no control and for whom he is not responsible.

**FOURTH DEFENSE**

Plaintiff failed to mitigate her damages.

**FIFTH DEFENSE**

Plaintiff's claims may be barred by the doctrines of assumption of the risk and contributory negligence.

**SIXTH DEFENSE**

Pettit reserves the right to rely on all proper and provable defenses in this action that may be revealed through further investigation and discovery.

WHEREFORE, Defendant Michael Pettit, by counsel, respectfully requests that this Court dismiss this action and award his costs incurred herein.

**TRIAL BY JURY IS DEMANDED.**

**MICHAEL PETTIT**

By Counsel

/s/ Danielle D. Giroux
Danielle D. Giroux (D.C. Bar No. 470009)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com

## CERTIFICATE

I hereby certify that on this 30th day of July 2024, I electronically filed the foregoing with the Clerk of Court using eFileDC, which will send notification of such filing to the following:

Richard S. Lundin, Esq.
D.C. Bar No. 451736
Nickelsporn & Lundin, P.C.
10 Post Office Road, Suite 300
Silver Spring, MD 20910
rick@thelawyersnetwork.com

/s/ Danielle D. Giroux
Danielle D. Giroux (D.C. Bar No. 470009)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com